COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Michael Brent Brown **V.** The State of Texas

Appellate case number:    01-15-00042-CR

Trial court case number:  B-140443-R

Trial court:              163rd District Court of Orange County

Date motion filed:        December 23, 2015

Party filing motion:      Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ _Harvey Brown_
                        ☐ Acting Individually ☒ Acting for the Court

Panel consists of:   Chief Justice Radack, Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, & Lloyd

Date: January 21, 2016